UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                          Case No.: 8:18-cr-145-T-33AAS

GREGORY ALLEN DOUGLAS, JR.

_____/

**ORDER**

This matter comes before the Court pursuant to the probation officer's report requesting termination prior to original expiration, (Doc. # 55), and memorandum recommending early termination from supervision, (Doc. # 56), both filed on January 17, 2019. Therein, Mr. Douglas's probation officer, Derrell Steven, recommends that Mr. Douglas's probation be terminated early pursuant to 18 U.S.C. § 3564(c).

Section 3564(c) provides:

> The court, after considering the factors set forth in section 3553(a) to the extent that they are applicable, may, pursuant to the provisions of the Federal Rules of Criminal Procedure relating to the modification of probation, terminate a term of probation previously ordered and discharge the defendant at any time in the case of a misdemeanor or an infraction or at any time after the expiration of one year of probation in the case of a felony, if it is satisfied that such action is warranted by the conduct of the defendant and the interest of justice.

1

18 U.S.C. § 3564(c).

Mr. Douglas was sentenced to a one-year term of probation on July 18, 2018, for fraudulent claims. (Doc. # 48). Additionally, the Court ordered that Mr. Douglas complete 50 hours of community service, make restitution of $1,514.00, and pay a special assessment of $100.00. (Id.).

Mr. Steven reports that Mr. Douglas "has successfully completed all of his court ordered special conditions" and "has complied with all of his standard conditions as well." (Doc. # 56 at 1). Specifically, Mr. Steven explains that Mr. Douglas "paid his restitution balance in full on August 27, 2018" and "successfully completed all required community service hours on or about September 20, 2018." (Id.).

Furthermore, "Mr. Douglas has maintained stable residence and stable employment" as a recording artist manager. (Id.). Mr. Douglas has had no new arrests or outstanding warrants during his term of probation. (Id.). Finally, Mr. Steven reports that the assigned Assistant United States Attorney does not object to the early termination of Mr. Douglas's probation. (Id.).

In light of the probation officer's recommendation and Mr. Douglas's exemplary conduct while on probation, the Court

agrees that Mr. Douglas's sentence of probation should be terminated early.

Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED:**

The probation officer's report requesting termination prior to original expiration (Doc. # 55) is **GRANTED**. Gregory Allen Douglas, Jr., is discharged from probation effective immediately and the proceedings in the case are terminated.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 18th day of January, 2019.

*/s/ Virginia M. Hernandez Covington*
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE